UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ZARLASHT K. GUL, | ) | Case No. SACV 09-97 JC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: December 28, 2009

/s/
_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE